**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

BAIT PRODUCTIONS PTY LTD.,

    Plaintiff,

v.                                        Case No:  8:12-CV-2468-T-30MAP

DOES 1-54,

    Defendants.

_____/

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge David A. Baker (Dkt. #9) and the Objections filed in case number 6:12-cv-1637-Orl-GAP-DAB at Dkt. #14.

After careful consideration of the Report and Recommendation of the Magistrate Judge, the Objections, and in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED** that:

1.    The Report and Recommendation (Dkt. #9) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

2. Defendants DOES 2 through 54 are **DISMISSED** without prejudice to Plaintiff to re-file a separate action as to any of these Defendants within fourteen (14) days of the date of this Order, with a new filing fee to be paid as to each Defendant.

**DONE** and **ORDERED** in Tampa, Florida on January 2, 2013.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished to**:
Counsel/Parties of Record

S:\Even\2012\12-cv-2468.adopt 9.wpd