UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BAIT PRODUCTIONS PTY LTD.,

    Plaintiff,

v.                                        Case No: 8:12-cv-2468-T-30MAP

ERIC MCCLURE,

    Defendant.

## ORDER OF DISMISSAL

Before the Court is the Joint Stipulation for Dismissal With Prejudice (Dkt. #27). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice, each party to bear their own attorney's fees and costs.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 9th day of October, 2013.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2012\12-cv-2468 dismiss 27.docx